OAO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Texas

UNITED STATES OF AMERICA
V.
Darius Fedor Vaxter (1)
Vera Ellen Scarbrough (2)

CRIMINAL COMPLAINT

Case Number: 1:10-MJ-277

FILED
P.M. Aug 26 20 10
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __08/24/2010__ in __Jefferson__ County, in the __Eastern__ District of __Texas__ defendant(s) did,

(Track Statutory Language of Offense)
knowingly and intentionally conspire to distribute and possess with intent to distribute a schedule II controlled substance, namely, cocaine HCL

in violation of Title __21__ United States Code, Section(s) __846__ .

I further state that I am a(n) __Special Agent with DEA__ and that this complaint is based on the following facts:

Official Title

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_____
Signature of Complainant

S/A Rick Erickson
Printed Name of Complainant

Sworn to before me and signed in my presence,

8/26/2010                                    at    Beaumont, Texas
Date                                                City                    State

Keith F. Giblin          US Magistrate Judge        _____
Name of Judge            Title of Judge             Signature of Judge